FILED
SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | '08 MJ 8792 |
| v. | COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 |
| Guillermo LLANOS-Santana | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 29, 2008, within the Southern District of California, defendant Guillermo LLANOS-Santana did knowingly and intentionally import approximately 64.56 kilograms (142.03 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Chad Worgen, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 2nd DAY OF SEPTEMBER 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Chad N. Worgen with U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On August 29, 2008, Guillermo LLANOS-Santana entered the United States from Mexico at the Calexico, California West Port of Entry as the driver and sole occupant of a 2000 Ford Focus. Customs and Border Protection Officer (CBPO) M. Bujake was conducting vehicle primary inspections and received a negative oral Customs declaration from LLANOS. CBPO Bujake asked LLANOS to open the trunk of the vehicle, and he stated it would not open. CBPO Bujake observed LLANOS was nervous by his hands trembling and his voice was high-pitched. CBPO Bujake referred both LLANOS and the vehicle to secondary inspection.

Canine Enforcement Officer (CEO) C. Randolph was conducting secondary lot sweeps with his assigned Human Narcotics Detector Dog (HNDD) when his HNDD alerted to the trunk of the vehicle driven by LLANOS. LLANOS told CEO Randolph that his father had just purchased the vehicle for him. CEO Randolph asked LLANOS to open the truck, and LLANOS stated he could not open it.

CBPO N. Lacuesta approached LLANOS and received a negative oral Customs declaration. CEO Randolph informed CBPO Lacuesta of the HNDD alert. When questioned by CBPO Lacuesta, LLANOS stated he recently purchased the vehicle, however, did not have the vehicle registration. LLANOS also told CBPO Lacuesta that he could not open the trunk. CEO Randolph and CEO J. Jones pried open the trunk and discovered six (6) packages. CBPO Lacuesta probed a package, and it produced a green leafy substance that field tested positive for marijuana. The total weight of the six (6) packages of marijuana was 64.56 kilograms (142.03 pounds).

LLANOS was arrested for violation of 21 United States Code 952 and 960, Importation of Controlled Substances. LLANOS was advised of his rights per Miranda. LLANOS acknowledged his rights and agreed to answer questions without the presence of an attorney. LLANOS stated he knew marijuana was concealed within the vehicle. LLANOS stated he was to be paid $1000.00 United States dollars to smuggle the marijuana. LLANOS stated he knew it was illegal to smuggle marijuana into the United States.

Executed on August 30, 2008 at 0600 hours.

Chad N. Worgen, Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 29, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

Leo S. Papas, U.S. Magistrate Judge

8/30/08 - 11:58 AM
Date/Time